MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MELVIN THOMAS NEIFERT,<br><br>Defendant. | **1:16-CR-2062-SMJ**<br><br>INDICTMENT<br><br>18 U.S.C. § 844(d), (j)<br>Receipt of an Explosive in Interstate Commerce with Intent to Intimidate<br><br>18 U.S.C. § 844 and 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury Charges:

On or about between February 21, 2016, and May 1, 2016, in the Eastern District of Washington, MELVIN THOMAS NEIFERT, did receive in interstate and foreign commerce an explosive, to wit: potassium nitrate and other components for an incendiary-explosive device consisting of a nitrate explosive mixture with potassium nitrate and sugar, with the knowledge and intent that it would be used to intimidate another person, in violation of 18 U.S.C. § 844(d), (j).

INDICTMENT – 1
S:\Case Management\Spokane Indictments\16 AUG\08.16.2016\Neifert Indictment.docx

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 844 and 28 U.S.C. § 2461.

2. Pursuant to 18 U.S.C. § 844 (c)(1) and 28 U.S.C. § 2461(c), upon conviction the offense as alleged in the Indictment, Defendant MELVIN THOMAS NEIFERT shall forfeit to the United States of America, any explosive materials involved or used or intended to be used in the violation(s). The property to be forfeited includes, but is not limited to, stump remover seized on May 1, 2016, by the Federal Bureau of Investigation pursuant to a federal search warrant.

DATED this 16 day of August, 2016.

A TRUE BILL

_____ Foreperson

MICHAEL C. ORMSBY
United States Attorney

_____
Timothy J. Ohms
Assistant United States Attorney

INDICTMENT – 2
S:\Case Management\Spokane Indictments\16 AUG\08.16.2016\Neifert Indictment.docx