UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:16-CR-02062-SMJ-1 |
|---|---|
| Plaintiff, | ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION |
| vs. | |
| MELVIN THOMAS NEIFERT, | **ECF No. 7** |
| Defendant. | |

On Wednesday, August 31, 2016, the Court conducted a detention hearing in accordance with 18 U.S.C. § 3142(f). Defendant appeared, in custody, with Assistant Federal Defender Rick Hoffman. Assistant United States Attorney Alvin Guzman represented the United States.

Defendant waived his right to a detention hearing. The United States' Motion for Detention (**ECF No. 7**) is **GRANTED**.

**IT IS ORDERED:**

1. The United States' Motion for Detention (**ECF No. 7**) is **GRANTED**.

2. Defendant shall be committed to the custody of the Attorney General

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 1

for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. Defendant shall be committed to the custody of the Attorney General pending disposition of this case or until further order of the court. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

5. On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in L.Cr.R. 46(k).

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 2

7. The Defendant is bound over to Judge Salvador Mendoza, Jr., for further proceedings.

DATED August 31, 2016.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING THE UNITED STATES' MOTION FOR DETENTION - 3